■  GALE-OPPENHEIMER, Respondent, v. JOSEPH WEINSTEIN et al., Appellants.—

Hopkins, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.